**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: INTERNATIONAL NORCENT TECHNOLOGY, a California corporation doing business as Norcent Technology, Inc., <br><br> Debtor. | No. 09-56061 <br><br> D.C. No. 2:08-cv-01316-GHK <br><br> MEMORANDUM[*] |
| U.S. PHILIPS CORPORATION, a Delaware corporation, <br><br> Plaintiff - Appellee, <br> v. <br><br> NORCENT HOLDINGS, INC.; INTERNATIONAL NORCENT TECHNOLOGY, INC., <br><br> Defendants, <br><br> DAVID L. RAY, <br><br> Trustee. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Receiver - Appellant. | |

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Appeal from the United States District Court
for the Central District of California
George H. King, District Judge, Presiding

Submitted February 18, 2011[**]
Pasadena, California

Before: KLEINFELD and GRABER, Circuit Judges, and ZILLY, Senior District Judge.[***]

The appeal in this case is dismissed as moot, and the decision of the district court entered in June 2009 is vacated, in light of the satisfaction of judgment filed by appellee U.S. Philips Corporation in the related patent infringement case in March 2009.

Appellee's theories for how a "case or controversy" still existed after its settlement with Jennifer Long are unavailing. The settlement extinguished appellee's lien rights with respect to Ms. Long's property, rendering moot the issue of appellee's and appellant's relative priorities, which was the subject of the appeal to the district court.

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable Thomas S. Zilly, Senior United States District Judge for the Western District of Washington, sitting by designation.

This matter is remanded to the district court with instructions to dismiss the bankruptcy appeal as moot.

The parties shall bear their own costs on appeal.

**DISMISSED, VACATED, and REMANDED.**